# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
DEC 1 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY
```

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

LUIS BACA-CALDERON,

               Defendant.

CASE NO. 08CR3687-L

**JUDGMENT OF DISMISSAL**

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1326 (a) and (b) - Deported Alien Found in the United States

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/18/08

                                   WILLIAM McCURINE, JR.
                                   UNITED STATES MAGISTRATE JUDGE

                                ENTERED ON 12/18/08